AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| :---: | :--- |
| v. | ) |
|  | ) Case No. **23-cr-90-RMR** |
|  | ) |
|  | ) |
| CHRISTOPHER WAYNE CLEARY | ) |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHRISTOPHER WAYNE CLEARY,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 875(c)

18 U.S.C. § 844(e)

Date: **3/22/2023**

s/ A. Garcia Garcia - Deputy Clerk
*Issuing officer's signature*

City and state: **Denver, Colorado**

**Jeffrey P. Colwell - Clerk of Court**
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*